**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WINMAR CONSTRUCTION, INC.,**<br><br>    **Plaintiff,**<br><br>            **v.**<br><br>**IRON KINGDOM, INC.,** *et al.*,<br><br>    **Defendants.** | **Civil Action No. 24-968 (JEB)** |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1.  Defendants' [10] Motion to Dismiss is GRANTED; and

2.  The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date:  July 9, 2024